EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Daniel Aníbal Zambrana Santiago | 2019 TSPR 178<br><br>203 DPR _____ |

Número del Caso: TS-14,220

Fecha: 19 de septiembre de 2019

Abogado de la parte peticionaria:

    Por Derecho Propio

Programa de Educación Jurídica Continua:

    Lcda. María C. Molinelli González
    Directora

Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Daniel Aníbal Zambrana
Santiago

TS-14,220

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de septiembre de 2019.

Examinada la moción solicitando reactivación a la profesión de la abogacía, presentada por el Sr. Daniel Aníbal Zambrana Santiago, se declara con lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo